A CERTIFIED TRUE COPY

SEP - 7 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 SEP 11 PM 1:16

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 7 2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1791

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

*Billy Tyler v. AT&T, Inc., et al.,* D. Nebraska, C.A. No. 8:06-523

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Tyler*) on August 31, 2006. The Panel has now been advised that *Tyler* was dismissed in the District of Nebraska by the Honorable Lyle E. Strom in a order filed on August 30, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on August 31, 2006, is VACATED insofar as it relates to this action.

For the Panel:

Jeffery N. Lüthi
Clerk of the Panel

RECEIVED

SEP 11 2006

CLERK
U.S. DISTRICT COURT
OMAHA