IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV523 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The plaintiff has filed a notice of appeal but has failed to pay the filing fee of $455.00. In addition, he has not filed a motion to proceed *in forma pauperis*, now has he filed any affidavit supporting such a motion. If plaintiff intends to appeal *in forma pauperis*, he must also file with the Court a statement of his inmate trust account for the past six months. Accordingly,

IT IS ORDERED that plaintiff is granted until September 29, 2006, to comply with these requirements.

DATED this 14th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court