IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV523 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T, VERIZON and BELLSOUTH, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a document filed by plaintiff entitled "arrest of judgment motion" (Filing No. 24). There is no federal rule of civil procedure which addresses arrest of judgment. Fed. R. Civ. P. 62 relates to a stay of proceedings to enforce a judgment. This filing does not comply with or seek that relief. If it is to be considered as a motion under Rule 60 of the Federal Rules of Civil Procedure, there are no allegations which bring the motion within that rule. The Court finds the motion is without merit and should be denied. Accordingly,

IT IS ORDERED that plaintiff's "arrest of judgment motion" is denied.

DATED this 17th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court