IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BILLY TYLER,                    )
                                )
          Plaintiff,            )        8:06CV523
                                )
     v.                         )
                                )
AT&T, VERIZON and BELLSOUTH,    )        ORDER
                                )
          Defendants.           )
_____)
```

This matter is before the Court after plaintiff filed a notice of appeal (Filing No. 20), but has failed to comply with the Court's order (Filing No. 23) granting him until September 29, 2006, to pay the $455.00 filing fee.  Accordingly,

IT IS ORDERED that no certificate of appealability will issue and plaintiff's notice of appeal is dismissed for failure to pay the filing fee.

DATED this 11th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court