IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV523 |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T, VERIZON and BELLSOUTH, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court after plaintiff filed a motion for leave to appeal *in forma pauperis* (Filing No. 32). The motion was filed while this matter was pending before the United States Court of Appeals for the Eighth Circuit.  That Court has since affirmed the judgment of this Court (Filing No. 35).  Therefore, plaintiff's motion will be denied as moot. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to appeal *in forma pauperis* is denied as moot.

DATED this 16th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court